UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

AMANDA H. S.[1],

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 3:23-CV-149-MGG

**ORDER**

This matter coming before the court on an agreed motion, and the court being fully informed, now FINDS that the agreed motion should be granted.

It is hereby ORDERED that Defendant's agreed motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is **GRANTED**. [DE 16]. The Commissioner's decision is remanded for further administrative proceedings.

**SO ORDERED** this 6th day of October 2023.

        s/Michael G. Gotsch, Sr.
        Michael G. Gotsch, Sr.
        United States Magistrate Judge

---

[1] To protect privacy interests, and consistent with the recommendation of the Judicial Conference, the Court refers to the Plaintiff by first name, middle initial, and last initial only.